**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| MAURICE SMITH, *et al.*, | : | |
| *Plaintiffs*, | : | Case No. 1:25-cv-92 |
| vs. | : | Judge Jeffery P. Hopkins |
| GEORGE A. KATCHMER, | : | |
| *Defendant*. | : | |

# ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the Report and Recommendation (Doc. 3) issued by Chief Magistrate Judge Stephanie K. Bowman on August 12, 2025. The Magistrate Judge recommends that Plaintiffs' complaint be dismissed without prejudice and that Plaintiffs' motions to proceed in forma pauperis be denied as moot. No objections have been filed and the time for filing such objections under Fed. R. Civ. P. 72(b) has expired.[1]

Having carefully reviewed the comprehensive findings and conclusions of the Magistrate Judge and finding no clear error, the Court hereby **ADOPTS** the Report and Recommendation in its entirety. *See* Fed. R. Civ. P. 72 (advisory committee notes from 1983 amendment) ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation"); *see e.g., Roane v. Warden of Corr. Reception Ctr.*, No. 2:22-cv-2768, 2022 WL 16535903, at *1 (S.D. Ohio

[1] Plaintiffs sought two extensions of time to file objections. This Court granted both extension requests. To date, however, no objections have been filed.

Oct. 28, 2022). Accordingly, the Court **DISMISSES** Plaintiffs' complaint without prejudice and **DENIES** Plaintiffs' motions to proceed in forma pauperis as moot.

For the reasons stated in the Report and Recommendation and pursuant to 28 U.S.C. § 1915(a)(3), the Court certifies that an appeal of this Order would lack an arguable basis in law or in fact and thus would not be taken in good faith. The Court accordingly **DENIES** Plaintiff leave to appeal in forma pauperis. In accordance with Fed. R. App. P. 24(a)(5), Plaintiff remains free to file a motion for leave to proceed on appeal in forma pauperis in the Sixth Circuit Court of Appeals. *Callihan v. Schneider*, 178 F.3d 800, 803 (6th Cir. 1999).

**IT IS SO ORDERED.**

October 13, 2026

Jeffery P. Hopkins
United States District Judge